Helen DAVIS, M.D., Petitioner

v.

NVR, INC., Ryan Homes, Meritage Group, L.P., Stroschein Road Associates, L.P., R.F. Mitall & Associates, Ronald Harvey, Ronald Harvey Excavating and Snowplowing, F & F Consultants, Inc., and Landscapes and More, Inc., Respondents

No. 89 WAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW,** this 8th day of August, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether a contractor who creates a dangerous condition on land is relieved of his duty of reasonable care to subsequent users of the land by the fact that the dangerous condition was discoverable by either the owner of the land or by the user of the land[?]